NEWMAN, Circuit Judge, with whom REYNA, Circuit Judge, joins, dissents from the denial of the petition for rehearing en banc. ON PETITION FOR REHEARING EN BANC PER CURIAM. ORDER A combined petition for panel rehearing and rehearing en banc was filed by appellant Regeneron Pharmaceuticals, Inc., and a response thereto was invited by the court and filed by appellee Merus N.V. Several motions for leave to file amici curiae briefs were also filed and granted by the court. The petition for rehearing and amici curiae briefs were first referred to the panel that heard the appeal, and thereafter, the petition for rehearing, response, and amici curiae briefs were referred to the circuit judges who are in regular active service. A poll was requested, taken, and failed. Upon consideration thereof, It Is Ordered That: The petition for panel rehearing is denied. The petition for rehearing en banc is denied. The mandate of the court will issue on January 2, 2018.